**This order is SIGNED.**

**Dated: July 3, 2018**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



mrb

Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Brian J. Porter, Bar Number 14291
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Bank of America, N.A.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: brian@hwmlawfirm.com
File No:  49952

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re: | Bankruptcy Case No. 17-24175 JTM |
| --- | --- |
| JASON LLOYD HOLT | Chapter 13 |
| Debtor. | **ORDER TERMINATING AUTOMATIC STAY AS TO BANK OF AMERICA, N.A.** |

Based upon the Motion for Relief filed by Bank of America, N.A. ("Secured Creditor"), previously filed with the Court, failure of the Debtor to object to Secured Creditor's Motion, and good cause appearing, the Court does hereby,

ORDER AS FOLLOWS:

1. That the automatic stay with respect to the following described real property:

   All that certain land situated in the State of UT, County of Utah,
   City of Draper, described as follows:
   Lot 266, Eagle Crest No. 1 at Suncrest, according to the official
   plat thereof, as recorded in the office of the Utah County Recorder;
   Commonly known as 14997 Eagle Crest Dr, Draper, UT 84020;

be and is hereby modified and terminated as of the date hereof to permit Bank of America, N.A.

and its successors and assigns to pursue its rights and remedies against the said property under applicable law.

2. Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

3. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

4. The Chapter 13 Trustee shall cease mailing payments on unpaid pre-petition default amounts. Secured Creditor has 180 days from the date of this order to amend its Proof of Claim. In the event that the Secured Creditor's Proof of Claim is not amended within 180 days of this order, Secured Creditor's Proof of Claim shall be reduced to the actual amount paid by the Trustee.

5. If this order is entered pre-confirmation, it shall not be amended or altered or superseded by the confirmation order entered in this case but shall be considered a part of and integrated into the confirmation order and the automatic stay shall not be reimposed by the entry of the confirmation order.

END OF ORDER

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER TERMINATING AUTOMATIC STAY AS TO Bank of America, N.A.** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| Lon Jenkins<br>Chapter 13 Trustee<br>ecfmail@ch13ut.org<br>1neebling@ch13ut.org<br><br>Justin O. Burton<br>Debtor's Attorney<br>justin@rulontburton.com<br>ffej65@gmail.com | United States Trustee<br>USTPRegion19.SK.ECF@usdoj.gov<br><br>Brian J. Porter<br>HALLIDAY, WATKINS & MANN, P.C.<br>Secured Party's Attorney<br>brian@hwmlawfirm.com |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Jason Lloyd Holt
15001 S Eagle Crest Dr
Draper, UT 84020

                                                                   /s/ Brian J. Porter
                                                                   Brian J. Porter